**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:07CR433** |
| vs. | ) | |
| | ) | **ORDER** |
| **MICHAEL BENDER,** | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:07CR442** |
| vs. | ) | |
| | ) | **ORDER** |
| **MICHAEL DARRELL WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Consent Motion to Continue Rule 16 Discovery Deadline is granted, as follows:

1. The Rule 16 discovery deadline is extended to **January 18, 2008.**

2. The deadline for filing pretrial motions is extended to **February 1, 2008.**

3. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 18, 2008 and February 1, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED January 4, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge