IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR433 |
| MICHAEL BENDER, | ) ) | **ORDER** |
| Defendant. | ) ) | |

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:07CR442 |
| DARRELL WILLIAMS, | ) ) | **ORDER** |
| Defendants. | ) ) | |

    Before the court is the government's oral motion to combine the evidentiary hearings on defendants Michael Bender and Darrell Williams.   The defendants have no objection to combining the hearings.

    IT IS ORDERED:

1. That the oral motions of the government [18] and [22] are granted;

2. That the Motion to Suppress [15] filed by the defendant Michael Bender and the Motion for Bill of Particulars [18] and Motion to Suppress Evidence [19] filed by defendant Darrell Williams are set for an evidentiary hearing on **March 17, 2008** at **9:30 a.m.**   before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. The previously scheduled evidentiary hearing on the motions of defendant Darrell Williams set for March 5, 2008 is hereby cancelled.

    Since this is a criminal case, the defendants must be present, unless excused by the Court.

    DATED this 25th day of February, 2008.

                                                  BY THE COURT:

                                                  s/ F.A. Gossett
                                                  United States Magistrate Judge