IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:07CR433 |
| | ) | |
| v. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| MICHAEL BENDER, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:07CR442 |
| Plaintiff, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| v. | ) | **AND ORDER** |
| | ) | |
| DARRELL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

At the conclusion of the hearing on March 17, 2008, on defendant Bender's Motion to Suppress (#15) and defendant Williams' Motion to Suppress (#19), I stated my conclusions on the record and my decision to recommend that the motions to suppress be granted in part and denied in part.  Defendant Williams' Motion for Bill of Particulars (#18) was taken under advisement.  In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Lyle E. Strom, United States District Judge, that defendant Bender's Motion to Suppress (#15) and defendant Williams' Motion to Suppress (#19) be granted in part and denied in part.

**FURTHER, IT IS ORDERED:**

1.   The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

2.   Pursuant to NECrimR 57.3, any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) days after the transcript is available to counsel.  Failure to timely object may constitute a waiver of any

such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 17th day of March 2008.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge