IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR433 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL BENDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR442 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRELL WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

These matters are before the Court on the report and recommendation of the magistrate judge (Filing No. 26 in 8:07CR433; Filing No. 30 in 8:07CR442), recommending that the motions to suppress (Filing No. 15 in 8:07CR433; Filing No. 19 in 8:07CR442) be granted in part and denied in part. After reviewing the motions, the briefs, the transcript, and the objections to the report and recommendation filed by defendant Bender, the Court finds the report and recommendation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted.

2) The objection of defendant Bender is overruled.

3) The motions to suppress are granted in part and denied in part as recommended by the magistrate judge.

4) Trial of this matter is scheduled for:

**Tuesday, May 27, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between April 10, 2008, and May 27, 2008, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 10th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court